PAUL MARKOVICH, SR., as Administrator of the Estate of ELEANOR MARKOVICH, Deceased, Appellant, *v.* BUFFALO AND LAKE ERIE TRACTION COMPANY, Respondent.

*Markovich* v. *Buffalo & Lake Erie Traction Co.*, 170 App. Div. 930, affirmed.

(Argued June 3, 1919; decided July 15, 1919.)

APPEAL from a judgment entered August 2, 1915, upon an order of the Appellate Division of the Supreme Court

in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate was struck and killed by one of defendant's cars while she was crossing its tracks on Ridge road in the city of Lackawanna. The Appellate Division held that " the evidence shows affirmatively that the plaintiff's intestate was negligent as matter of law."

*Preston M. Albro* and *John W. O'Connor* for appellant.

*Lyman M. Bass* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.